UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-80110-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RONALD RAYMOND STROUT,
    Defendant.
_____/

### ORDER ADOPTING REPORTING AND RECOMMENDATION AND JUDGMENT & COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on May 20, 2010. The above named defendant having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof was alleged to have violated the conditions of supervision in a Corrected Petition filed on January 27, 2010, by the United States Probation Office. On March 5, 2010, Magistrate Judge Johnson held an evidentiary hearing and filed a Report and Recommendation [DE 80] finding as a matter of law that the government had established by a preponderance of the evidence that the defendant violated the conditions of supervision as alleged. Having carefully reviewed the defendant's objections to the Report and having made *de novo* review with respect to those portions of the report to which written formal objection has been lodged, the court finds the resolution of the issues as recommended by Magistrate Judge Johnson to be sound and well-reasoned and accordingly will adopt the recommendation here. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. Magistrate Judge Johnson's March 5, 2010 [DE 80] Report and Recommendation are **ADOPTED** and **INCORPORATED** in full.

2. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **time served.**

2. Upon the completion of this term of imprisonment, supervision shall be terminated.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20 day of May, 2010.

**copy furnished:**
AUSA Emalyn H. Webber
AFPD Robin C. Rosen-Evans
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge